# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT W. WALKER** and **TAMIKO WALKER,**
Appellants,

v.

**KEENAN DEVELOPMENT GROUP INC., KEENAN PROPERTIES INC., KONE, INC., KEISER COLLEGE, INC.** d/b/a **KEISER UNIVERSITY, UNITED PARCEL SERVICES, INC.** and **THE TRAVELERS INDEMNITY**
Appellees.

Nos. 4D18-3373 & 4D18-3475

[January 30, 2020]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Milly Rodriguez Powell and Carol Lisa Phillips, Judge; L.T. Case Nos. CACE 13-025006 and CACE 14-011824.

Robert Walker and Tamiko Walker, Fort Lauderdale, pro se.

Jack Reiter and Adam M. Miller of GrayRobinson, P.A., Miami, for Appellees Keenan Properties, Inc. and Keenan Development Group, Inc.

William G.K. Smoak, Paul U. Chistolini and Kelly Charles-Collins of Smoak, Chistolini & Barnett, PLLC, Tampa, for Appellee United Parcel Services, Inc.

Jesse R. Butler of Dickenson & Gibbons, P.A., Sarasota, for Appellee Kone, Inc.

PER CURIAM.

*Affirmed.*

WARNER and FORST, JJ. and WALSH LISA S., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***